IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENER1, INC.<br>1601 Clint Moore Road<br>Boca Raton, FL 33487<br><br>Plaintiff,<br><br>v.<br><br>GET WELL NETWORK, INC.,<br>3421 ½ M Street, NW<br>Washington, DC 20007<br><br>Defendant. | CASE NUMBER 1:03CV00743<br>JUDGE: Ellen Segal Huvelle<br>DECK TYPE: Contract<br>DATE STAMP: 03/24/2003 |

### COMPLAINT

FILED

MAR 24 2003

Ener1, Inc. ("Ener1"), by and through its undersigned counsel, hereby files this Complaint seeking damages for Get Well Network, Inc.'s failure to pay for goods sold and delivered by Ener1.

In support of its Complaint, Ener1 respectfully states to the Court as follows:

### Parties

1. Ener1 is a Florida corporation with its primary place of business in Palm Beach County, Florida.

2. Get Well Network, Inc. ("Get Well"), the above-captioned defendant, is a Delaware corporation with its principal place of business in the District of Columbia.

### Jurisdiction and Venue

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 (2002).

DC-565232 v1 0000000-0000

4.  Venue lies in this Court pursuant to 28 U.S.C. § 1391.

## Background

5.  Ener1 and Get Well reached an agreement whereby goods were to be delivered to Get Well in exchange for payment. This agreement was confirmed by a purchase order from Get Well to Ener1. A true and correct copy of the purchase order is attached hereto as **Exhibit A**.

6.  Ener1 delivered these goods to Get Well. However, Get Well has failed to make all the required payments owned under the purchase order.

## Count I – Breach of Contract

7.  As set forth above, Ener1 and Get Well entered into an agreement, and, pursuant to this agreement Ener1 fulfilled all conditions precedent and delivered the goods referenced in the purchase order to Get Well.

8.  Get Well breached the agreement by failing to make all of the required payments.

9.  The amount owed by Get Well is $122,848.87 plus interest.

WHEREFORE, plaintiff Ener1 demands judgment for damages against Get Well and for costs, pre-judgment interest and any other such relief as this Court deems just and equitable.

## Count II – Account Stated

10. This is an action for damages in the amount of $122,848.87.

11. Before the institution of this action plaintiff Ener1 and defendant Get Well had business transactions between them and they agreed to, and Get Well promised to pay, the resulting balances as shown by the invoices attached hereto as **Exhibit B**.

12.     Plaintiff rendered statements to the defendant, copies of which are attached as Exhibit B and defendant Get Well did not object to these statements.

13.     Defendant Get Well owes plaintiff $122,848.87, plus interest.

WHEREFORE, plaintiff Ener1 demands judgment for damages against Get Well and for costs, pre-judgment interest and any other such relief as this Court deems just and equitable.

### Prayer for Relief

WHEREFORE, Plaintiff Ener1, Inc. demands judgment against Get Well Network, Inc. (i) awarding Ener1, Inc. $122,848.87 in damages, plus costs and pre-judgment interest; and (ii) for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**KIRKPATRICK & LOCKHART LLP**

By: _____
Adam C. Paul (DC Bar No. 462733)
1800 Massachusetts Avenue, N.W.
Second Floor
Washington, D.C. 20036
Tel:    (202) 778-9000
Fax:   (202) 778-9100
E-mail: apaul@kl.com

– and –

Jonathan B. Morton, Esq.
Kirkpatrick & Lockhart LLP
Miami Center, 20th Floor
201 South Biscayne Boulevard
Miami, FL 33131

*Counsel for Plaintiff*
*Ener1, Inc.*

Dated: March 24, 2003