# GetWellNetwork

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/10/2002 | 10035 |

**Vendor**

Ener1
ATTN: Larry Light
1301 Clint Moore Road
Boca Raton, Fl. 33487

**Ship To**

Get Well Network Inc.
3421 1/2 M Street, NW
Washington, DC 20007

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| i2020 Digital Set-top Box | 650 | 375.00 | 243,750.00 |
| - Hardware to be stocked at Ener1 for the exclusive use of GWN and delivered in quantities indicated upon request from GWN. | | | |
| - Delivery to be staged. | | | |
| - 25% payable upon receipt of outstanding Ener1 hardware order (REF: Purchase Order #15027 - Dated: 4/22/2002) | | | |
| - 75% payable upon receipt of hardware - delivery location/dates TBD. | ? | | |
| - Availability based on 10-12 week production schedule from date of purchase order. | | | |

GET001
SO-264078

60,937 5 0
RECEIVED
10/22/02

03 0743

| | Total | 243,750.00 |

FILED

MAR 2 4 2003

EXHIBIT ___A___

