

| | PAGE NO: | 1 |
|---|---|---|
| | INVOICE NO: | GEU122702B1 |
| | INVOICE DATE: | December 27, 2002 |

## INVOICE

**BILL TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

**SHIP TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE | EXTD. PRICE |
|---|---|---|---|---|---|
| 162 | 51 | 0 | Set top box, i2020c<br>Shipped 12/27/02 / SO-264078-0003 | 375.00 | 19,125.00 |
| 488 | 34 | 454 | Set top box, i2020c<br>Shipped 12/27/02 / SO-264078-0003<br>Carrier: Estes<br>PO# 10035 | 375.00 | 12,750.00 |
| | | | Ck-2096 | | (19,312.50) |

**PAYMENT DUE UPON RECEIPT**

**Remit to:**
1601 Clint Moore Road
Boca Raton, FL USA 33487
Ph: 561-997-6227
Fax: 561-997-1656

| | |
|---|---|
| SALES TOTAL: | 12,562.50 |
| SALES TAX: | - |
| FREIGHT: | - |
| LESS: | - |
| OTHER CHARGES: | - |
| INVOICE TOTAL: | 12,562.50 |

EXHIBIT B

MAR 24 2003
FILED



| | | PAGE NO: | |
|---|---|---|---|
| | | INVOICE NO: | GET122002Fr |
| | | INVOICE DATE: | January 5, 200_ |

### INVOICE

**BILL TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

**SHIP TO:**
Sentara Careplex Hampton Derek
3000 Coliseum Dr.
Hampton, VA 23666

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE | EXTD. PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 0 | Fisher Carrier<br>Carrier Charges on 100 Units Shipped 12/20/02 | 396.19 | 396.? |

**DUE UPON RECEIPT**

**Remit to:**
1601 Clint Moore Road
Boca Raton, FL USA 33487
Ph: 561-997-6227
Fax: 561-997-1656

| | |
|---|---|
| SALES TOTAL: | 396.19 |
| SALES TAX: | - |
| FREIGHT: | - |
| LESS: | - |
| OTHER CHARGES: | - |
| INVOICE TOTAL: | 3_._1_ |



| | | PAGE NO.: | 1 |
|---|---|---|---|
| | | INVOICE NO.: | GET123102ABI |
| | | INVOICE DATE: | December 31, 2002 |

## INVOICE

**BILL TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

**SHIP TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE | EXTD. PRICE |
|---|---|---|---|---|---|
| 488 | 300 | 0 | Set top box, i2020c<br>Shipped 12/31/02 / SO-264078-0006<br>Fob: Hong Kong<br>PO# 10035 | 375.00 | 112,500.00 |
| | | | Ck-2146 | | (3,187.50) |

**FAXED**

**PAYMENT DUE UPON RECEIPT**

**Remit to:**
1601 Clint Moore Road
Boca Raton, FL USA 33487
Ph: 561-997-6227
Fax: 561-997-1656

| | |
|---|---|
| SALES TOTAL: | 109,312 |
| SALES TAX: | - |
| FREIGHT: | - |
| LESS: | - |
| OTHER CHARGES: | - |
| INVOICE TOTAL: | 109,312 |



PAGE NO: 1
INVOICE NO: GBT12270211
INVOICE DATE: January 15, 2003

# INVOICE

**BILL TO:**
Get Well Network, Inc.
3421 1/2 M Street, NW
Washington, DC 20007

**SHIP TO:**
The Heart Center of Indiana
10580 N. Meridian Street
Indianapolis, IN 46290

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE | EXTD. PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 0 | Estes Carrier<br>Carrier Charges on Units Shipped 12/27/02 | 577.68 | 577.68 |

**DUE UPON RECEIPT**

Remit to:
1601 Clint Moore Road
Boca Raton, FL USA 33487
Ph: 561-997-6227
Fax: 561-997-1656

SALES TOTAL: 577.68
SALES TAX:
FREIGHT:
LESS:
OTHER CHARGES:
INVOICE TOTAL: 577.68